AO 245D (Rev 12/10) Judgment in a Criminal Case for Revocations Sheet 1

# UNITED STATES DISTRICT COURT
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Guadalupe Valdez-Alvarez** | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:  **1:14CR01822-001MCA**<br>USM Number: **60215-051**<br>Defense Attorney: **Gregory M. Acton** |

THE DEFENDANT:

☒   admitted guilt to violations of condition(s)  **Standard, Special**  of the term of supervision.
☐   was found in violation of condition(s)    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard | Standard Condition - "The defendant committed another federal, state, or local crime." | 03/22/2014 |

The defendant is sentenced as provided in pages 1 through **2** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s)    and is discharged as to such violation(s).

IT IS FURTHER ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| **None** | **June 4, 2014** |
| Last Four Digits of Defendant's Soc. Sec. No. | Date of Imposition of Judgment |
| **1972** | **/s/ Bruce D. Black** |
| Defendant's Year of Birth | Signature of Judge |
| **Sinaloa, SI** | **Honorable Bruce D. Black**<br>**United States District Judge** |
| City and State of Defendant's Residence | Name and Title of Judge |
| | **June 5, 2014** |
| | Date Signed |

AO 245D (Rev. 12/10) Judgment in a Criminal Case for Revocations
Sheet 2 Imprisonment                                                                                          Judgment Page 2 of 2

Defendant: **Guadalupe Valdez-Alvarez**
Case Number: **1:14CR01822-001MCA**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **3 months to run consecutive to the sentence imposed in CR 14-1159** .

☐     The court makes these recommendations to the Bureau of Prisons:

☒     The defendant is remanded to the custody of the United States Marshal.
☐     The defendant shall surrender to the United States Marshal for this district:
　　　☐     at  on
　　　☐     as notified by the United States Marshal.
☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　　　☐     before 2 p.m. on
　　　☐     as notified by the United States Marshal
　　　☐     as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to
_____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL